IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEENAN LAMAR CLOUD, ID# 2104860, Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 3:17-CV-2363-G-BH |
| JUDGE KERRY FITZGERALD, et al, Defendants. | ) ) ) ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, the plaintiff's claims against the judge and the prosecutors in their official capacities will be **DISMISSED without prejudice**, and his remaining claims will be **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B).

    **SO ORDERED**.

May 14, 2020.

                                                   A. JOE FISH
                                            Senior United States District Judge